

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00135-CR

_____

RAY LOUIS JOHNSON, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. 0317178

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Ray Louis Johnson, Jr., pro se appellant, has filed a motion to dismiss his appeal. The motion complies with the requirements of Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.


Jack Carter
Justice

Date Submitted:     September 15, 2014
Date Decided:       September 16, 2014

Do Not Publish